UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN E. KING,<br><br>                        Plaintiff,<br><br>          v.<br><br>AARON ASHLEY, et al.,<br><br>                        Defendants. | No.  2:14-cv-1306 KJN P<br><br><br><br>ORDER |

Plaintiff is a former state prisoner, proceeding without counsel and in forma pauperis. Plaintiff's first amended complaint is before the court.  However, plaintiff subsequently filed an addendum to the amended complaint.  As plaintiff was previously informed, an amended complaint must be complete in and of itself.  Accordingly, plaintiff is granted leave to file a second amended complaint that contains all of his allegations against all of the defendants named therein.  Plaintiff need not append exhibits; the exhibits appended to his first amended complaint and submitted on January 20, 2015, remain a part of the court record, and any party may refer to such exhibits.  (ECF Nos. 10 at 21-27; 14 at 2-47.)

On January 20, 2015, plaintiff filed a request for status conference and trial date now that he is no longer incarcerated.  Plaintiff's request is premature.  Once a complete second amended complaint is on file, the court will screen the complaint pursuant to 28 U.S.C. § 1915A(a), and an

////

order will issue addressing how the instant case will proceed.  At this time, plaintiff is not required to serve defendants.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff's first amended complaint is dismissed; and

2. Within thirty days from the date of this order, plaintiff shall complete the attached Notice of Amendment and submit the following documents to the court:

   a. The completed Notice of Amendment; and

   b. An original Second Amended Complaint.

Plaintiff's second amended complaint shall comply with the instant and prior orders of this court, the requirements of the Civil Rights Act, the Federal Rules of Civil Procedure, and the Local Rules of Practice.  The second amended complaint must also bear the docket number assigned to this case and must be labeled "Second Amended Complaint."  Failure to file a second amended complaint in accordance with this order may result in the dismissal of this action.

Dated:  January 23, 2015

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/king1306.14b

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN E. KING,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>AARON ASHLEY, et al.,<br><br>　　　　Defendants. | No. 2:14-cv-1306 KJN P<br><br><br>NOTICE OF AMENDMENT |

　　　　Plaintiff hereby submits the following document in compliance with the court's order filed_____.

　　　　_____　　　　Amended Complaint

DATED:

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Plaintiff

1